UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEBORAH A. RILEY, : 
    Plaintiff : 
vs. : **COMPLAINT**
 : 
CAVALRY SPV 1, LLC, : JURY TRIAL DEMANDED
    Defendant : 

## INTRODUCTION

1. This action is brought by an individual consumer damaged by defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (hereinafter "FDCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 U.S.C. 1692k(d) and 28 U.S.C. 1331.

3. Venue in this district is proper in that the defendant transacts business here and the conduct complained of occurred here.

## PARTIES

4. Plaintiff is an adult individual who resides in Freetown, Bristol County, Massachusetts.

5. Plaintiff is a "consumer" as that term is defined by 15 U.S.C. §1692(a)(3) and a person affected by the collection activity described herein within the meaning of 15 U.S.C. §1692k(a).

6. Defendant is a limited liability company organized under the laws of Delaware with principal place of business located at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-1340.

7. Defendant is a "debt collector" as that term is defined by 15 U.S.C. §1692(a)(6).

**FACTUAL ALLEGATIONS**

8. Sometime before December 31, 2010, plaintiff incurred a financial obligation that was primarily for personal, family or household purposes, namely a Bank of America/ FIA Card Services credit card with account number ending in -6214.

9. This account was a "debt" as that term is defined by 15 U.S.C. §1692(a)(5).

10. This account went into default with the original creditor.

11. Sometime after the account went into default it was assigned, placed, or otherwise transferred to the defendant Cavalry SPV 1 (hereinafter "Cavalry") for purposes of collection.

12. On April 28, 2014, Cavalry, by and through attorney Jeffrey A. Schreiber of The Schreiber Law Firm, LLC, filed a small claims complaint against Riley in Fall River District Court, small claims session, Docket No. 1432SC000885, seeking judgment for $2,042.58.

13. Riley, by counsel, contested the case, and on July 3, 2014, the clerk-magistrate issued judgment in her favor.

14. Cavalry then assigned the same account to a different law firm, Shechtman Halperin Savage, LLC.

15. On February 23, 2015, Cavalry, by and through this law firm, filed a small claims complaint against Riley in New Bedford District Court, small claims session, Docket No. 1533SC000373, seeking judgment for $2,042.58 on the same account.

16. On advice of counsel, Riley contacted Shechtman Halperin Savage, LLC, and explained that Cavalry had previously sued her on the same account and received an adverse

judgment. Several days later, Shechtman Halperin Savage, LLC voluntarily dismissed the second case before the trial date.

17. As a result of the subsequent lawsuit, plaintiff Riley suffered damages in the form of anxiety, upset, frustration, and loss of time.

## CAUSE OF ACTION:
## FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692 et seq.

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. By alleging that payment was due on an account of which a court had previously found that it was not entitled to payment, defendant Cavalry misrepresented the character and/or legal status of a debt, in violation of 15 U.S.C. § 1692e(2)(A).

20. As a result of defendant's violation of the FDCPA, plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

## DEMAND FOR RELIEF

WHEREFORE, plaintiff demands judgment against defendant for actual damages pursuant to 15 U.S.C. § 1692k(a)(1) ; for statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) ; for costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and for all other relief to which plaintiff may appear entitled.

## TRIAL BY JURY

Plaintiff is entitled to and hereby respectfully demands a trial by jury. US Const. amend. 7. Fed.R.Civ.P. 38.

                              Respectfully submitted,
                              /s/ Deborah G. Roher
                              Deborah G. Roher, BBO #552047
                              56 N. Main Street, #413
                              Fall River, MA  02722
                              (508) 672-1383
                              *info@roherlaw.net*

September 8, 2015