UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 1:15-cv-13318-WGY

| | | |
|---|---|---|
| DEBORAH A. RILEY, | : | |
|     Plaintiff | : | |
| vs. | : | NOTICE OF VOLUNTARY DISMISSAL |
| | : | |
| CAVALRY SPV 1, LLC, | : | |
|     Defendant | : | |

Comes the plaintiff, by counsel, pursuant to.F. R.Civ.P. 41(a)(1)(A)(i), and dismisses this action with prejudice and without costs.

                                              */s/ Deborah G. Roher*
                                              DEBORAH G. ROHER, Attorney for Plaintiff
                                              BBO #552047
                                              56 N. Main Street, #413
                                              Fall River, MA 02720
                                              (508) 672-1383

CERTIFICATE OF SERVICE

      I hereby certify that I mailed a copy of the foregoing Notice, first-class postage prepaid, to defendant's attorney,
 Penny Shemtob, Esq.,Senior Litigation Counsel
Office of the General Counsel
Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, New York 10595,
this 15th day of October, 2015.

                                              *s/ Deborah G. Roher*
                                              Deborah G. Roher